# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CYNTHIA L. SMITH, | Civil No. 09-0711 (JRT/JJG) |
| Plaintiff, | |
| v. | ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE |
| LITTON LOAN SERVICING L.P., AND EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Trista Roy, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Eric Cook, **WILFORD & GESKE, PA,** 7650 Currell Boulevard, Suite 300, Woodbury, Mn 55125, for defendant Litton Loan Servicing L.P.

Dawn McFadden, **JONES DAY**, 901 Lakeside Avenue, Cleveland, Ohio 44114; Gregory Myers and William Gengler, **LOCKRIDGE GRINDAL NAUEN PLLP**, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401, for defendant Experian Information Solutions, Inc.

This matter is before the Court on the stipulation of partial dismissal filed on May 3, 2010 [Docket No. 19].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees against Defendant Experian Information Solutions, Inc.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: May 7, 2010                         s/ John R. Tunheim
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                           United States District Judge