UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CYNTHIA L. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING L.P., AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Civil No. 09-0711 (JRT/JJG)<br><br>**ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |

---

Trista Roy, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Eric Cook, **WILFORD & GESKE, PA,** 7650 Currell Boulevard, Suite 300, Woodbury, Mn 55125, for defendant Litton Loan Servicing L.P.

This matter is before the Court on the stipulation of partial dismissal filed on July 21, 2010 [Docket No. 22].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees against Defendant Litton Loan Servicing, L.P.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: July 26, 2010            s/ John R. Tunheim
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                             United States District Judge